

NUMBER 13-08-00143-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**In Re: CGT Law Group International, L.L.P.**

**On Petition for Writ of Mandamus**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam[1]**

Relator, CGT Law Group International, L.L.P., filed a petition for writ of mandamus by which it requests this Court to direct respondent, the Honorable Martin J. Chiuminatto, presiding judge (sitting by assignment) of the County Court at Law No. One of Nueces County, Texas, to vacate its discovery order granting plaintiff's amended motion to compel. The Court requested a response from the real party in interest, Paloma Steele, and one has been filed.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relator has not shown itself entitled to the relief sought and the petition for writ of mandamus should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED.


Per Curiam


Memorandum Opinion delivered and filed
on the 5th day of May, 2008.